## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAILE STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SURGICAL CARE AFFILIATES, INC., THOMAS C. GEISER, KENNETH R. GOULET, ANDREW HAYEK, FREDERICK A. HESSLER, SHARAD MANSUKANI, JEFFREY K. RHODES, MICHAEL A. SACHS, TODD B. SISITSKY, LISA SKEETE TATUM, UNITEDHEALTH GROUP INCORPORATED, SPARTAN MERGER SUB 1, INC., and SPARTAN MERGER SUB 2, LLC,<br><br>Defendants. | Case No. 1:17-cv-00204-GMS |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 22, 2018

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5347)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

*Attorneys for Plaintiff*